[No. 32156-8-III.   Division Three.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG HOWARD WALLACE II, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00035-6, James J. Dixon, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32286-6-III.   Division Three.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL S. BICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00746-1, Nelson E. Hunt, J., entered November 21, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32294-7-III.   Division Three.   September 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL BLACK FOSTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-01405-5, Chris Wickham, J., entered January 24, 2013. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.